# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHEL CAIN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL CASUALTY COMPANY,<br><br>Defendant. | Case No. 1:19-cv-00448-LJO-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 3) |

Plaintiffs, Ethel Cain, Neil Dunford, Christine Dunford, and Ronald Browns, and Defendant, National Casualty Company, have filed a stipulation to dismiss the entire action with prejudice (ECF No. 3). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: __**May 23, 2019**__        /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE